April 12, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MOHAMMED A. JAFAR, MOHAMMED M. CHOWDHURY AND ABDUS SOBHAN, Appellants

NO. 14-14-00512-CV                                V.

SERAJ MOHAMMED, Appellee

_____

     This cause, an appeal from the judgment in favor of appellee, Seraj Mohammed, signed, June 4, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

     We order appellants, Mohammed A. Jafar, Mohammed M. Chowdhury and Abdus Sobhan, jointly and severally, to pay all costs incurred in this appeal.

     We further order this decision certified below for observance.